Kathleen P. COLLINGHAM, Respondent,

v.

David R. COLLINGHAM, Appellant.

No. 63182.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 21, 1993.

Ira A. Potter, St. Louis, for appellant.

Allan F. Stewart, Clayton, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Husband appeals the amount of child support and maintenance awarded in his dissolution decree. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears.

An opinion would have no precedential value. We affirm by written order. A memo-

randum for the parties' use only has been prepared. Rule 84.16(b).

Judgment affirmed.